No. 897. OSAGE TRIBE OF INDIANS ET AL. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL. May 10, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Thomas P. Gore* and *Leslie C. Garnett* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Roger P. Marquis* for Harold L. Ickes, Secretary of the Interior; and *Messrs. Roy St. Lewis* and *Peter Q. Nyce* for Tom H. Fraley, County Treasurer,—respondents.

No. 959. J. A. KENNEDY REALTY CORP. ET AL. *v.* NEW YORK CITY. May 10, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350; *Department of Banking* v. *Pink,* 317 U. S. 264. *Mr. Jesse Rothman* for petitioners. *Messrs. Thomas D. Thacher* and *Paxton Blair* for respondent.